```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 41354
   WALTER T TROYNER
   MARY ANN TROYNER                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-6776      SSN XXX-XX-3623


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/28/05 and confirmed on 12/02/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  26178.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
HSBC                         CURRENT MORTG       .00              .00              .00
LIGHTHOUSE FINANCIAL GRO     SECURED         11300.00              .00         11300.00
INTERNAL REVENUE SERVICE     PRIORITY         3976.63              .00          3976.63
ASPIRE VISA                  UNSECURED        5207.91              .00           833.27
FIA CARD SERVICES            UNSECURED       NOT FILED             .00              .00
SMC                          UNSECURED        1704.85              .00           272.78
ECAST SETTLEMENT CORPORA     UNSECURED        7250.35              .00          1160.06
DISCOVER BANK                UNSECURED        5934.28              .00           949.48
ECAST SETTLEMENT CORPORA     UNSECURED       15933.10              .00          2549.30
PORTFOLIO RECOVERY ASSOC     UNSECURED        8015.28              .00          1282.44
RESURGENT CAPITAL SERVIC     UNSECURED         414.83              .00            66.37
WELLS FARGO FINANCIAL IN     UNSECURED         918.09              .00           146.89
CAPITAL ONE BANK             UNSECURED         462.54              .00            74.01
INTERNAL REVENUE SERVICE     UNSECURED          43.95              .00             7.03
CITICARDS PRIVATE LABEL      FILED LATE          .00               .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11300.00      3976.63     45885.18        .00         61161.81
PRINCIPAL PAID      11300.00      3976.63      7341.63        .00         22618.26
INTEREST PAID            .00          .00          .00        .00              .00
TOTAL PAID          11300.00      3976.63      7341.63        .00         22618.26
The Debtor's attorney, RONALD D CUMMINGS            , was allowed $   2700.00
and was paid $   306.00   direct and $   2394.00   through the plan.

The Trustee received $   1165.02 .

Refunds to the Debtor totaled $        .72 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 05 B 41354 WALTER T TROYNER & MARY ANN TROYNER